**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                   Case No. 25-12416-djb
                                                           Chapter 13

Dawn Pilkington

Debtor(s).

**NOTICE OF APPEARANCE**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                               **Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

                           By:    /s/ Steven K. Eisenberg
                                   Steven K. Eisenberg, Esquire
                                   Bar No: 75736
                                   Stern & Eisenberg, PC
                                   1581 Main Street, Ste. 200
                                   The Shops at Valley Square
                                   Warrington, PA 18976
                                   Phone: 215-572-8111
                                   Fax: 215-572-5025
                                   seisenberg@sterneisenberg.com
                                   Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 25th day of June, 2025, to the following:

Timothy Zearfoss
Law Offices of Timothy Zearfoss
143-145 Long Lane
Upper Darby, PA 19082
tzearfoss@aol.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Dawn Pilkington
1902 Huddle Ave
Marcus Hook, PA 19061

***Debtor(s)***


                                                    By:          /s/ Steven K. Eisenberg
                                                            Steven K. Eisenberg, Esquire