**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 25-12416
DAWN PILKINGTON                 :
     Debtor.                    : Chapter 13
```

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH**
<u>**11 U.S.C. Secs.. 1325(a)(8) and 1325(a)(9)**</u>

I, Timothy Zearfoss, Esquire, hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor has filed all applicable federal, state and local tax returns as required under 11 U.S.C. Sec. 1308.

3. If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

/s/Timothy Zearfoss
Timothy Zearfoss, Esquire