**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                              Case No. 25-12416-djb
                                                    Chapter 13

Dawn Pilkington


Debtor(s).


**<u>REQUEST TO MARK OBJECTION TO PLAN MOOT</u>**


Kindly mark the Objection to Confirmation of Plan filed by Movant, **JPMORGAN CHASE
BANK, NATIONAL ASSOCIATION**, on August 1, 2025 as moot as Debtor filed an
Amended Plan on May 26, 2026 which satisfies Movants Objection.


                         By:       <u>/s/ Daniel P. Jones, Esquire</u>
                                   Daniel P. Jones, Esquire,
                                   Bar No:  321876
                                   Stern & Eisenberg, PC
                                   1581 Main Street, Suite 200
                                   The Shops at Valley Square
                                   Warrington, PA 18976
                                   Phone: (215) 572-8111
                                   Fax: (215) 572-5025
                                   djones@sterneisenberg.com
                                   Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of June, 2026, to the following:

Timothy Zearfoss
Law Offices of Timothy Zearfoss
143-145 Long Lane
Upper Darby, PA 19082
tzearfoss@aol.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Dawn Pilkington
1902 Huddle Ave
Upper Chichester, PA 19061
***Debtor(s)***


      By:  */s/Daniel P. Jones, Esquire*