United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-12416-djb

Dawn Pilkington                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 2

Date Rcvd: Jun 25, 2026                   Form ID: 155                              Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Pilkington, 1902 Huddle Avenue, Upper Chichester, PA 19061-4024 |
| 15019555 | | JP MORGAN ACQ.UISITION CORP., 18 S.DOUGLASS ROAD, STE. 200=A, Anaheim, CA 92806 |
| 15021486 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15042665 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 26 2026 01:08:00 | JPMorgan Chase Bank, National Association, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15019554 | + | Email/Text: account.manager@chesterwater.com | Jun 26 2026 01:09:00 | CHESTER WATER AUTHORITY, 415 WELSH ST, Chester, PA 19013-4595 |
| 15023204 | ^ | MEBN | Jun 26 2026 01:00:03 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15021428 | ^ | MEBN | Jun 26 2026 00:59:57 | JPMorgan Chase Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15023020 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Jun 25, 2026        Form ID: 155        Total Noticed: 8

Date: Jun 27, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. JONES | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEVEN K. EISENBERG | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Dawn Pilkington tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Dawn Pilkington                          )               Case No. 25–12416–djb
                                            )
                                            )
    Debtor(s).                              )               Chapter: 13
                                            )
                                            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 25, 2026                             For The Court

                                            Derek J Baker
                                            Judge, United States Bankruptcy Court